IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01696-BNB

JOSEPH J. DREISMEIER,

    Plaintiff,

v.

SGT. LESLIE D. WILSON,
LT. MAINE,
LT. PALACIO, and
MENTAL HEALTH/DARREN COE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 4 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Joseph J. Dreismeier is a prisoner in the custody of the Colorado Department of Corrections (DOC) who currently is incarcerated at the Sterling, Colorado, correctional facility. He has filed *pro se* a civil rights complaint. Mr. Dreismeier also has submitted a motion for preliminary injunction and two supporting documents.

In the motion for preliminary injunction, Mr. Dreismeier contends that Defendants ignored him when he informed officials that he was contemplating suicide and needed to see a psychiatrist. He alleges that he attempted to commit suicide, and that prison officials should have taken his request for a psychiatrist more seriously because he had attempted suicide once before. As relief he asks for either a preliminary or a permanent injunction so that the DOC cannot withdraw funds from his prison account until the instant lawsuit has been litigated.

The Court must construe liberally the motion for preliminary injunction because Mr. Dreismeier is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the Court will deny the motion for a preliminary injunction.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. See *Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Dreismeier fails to allege any facts that demonstrate he is facing immediate and irreparable injury. Therefore, the Court will deny the motion for a preliminary injunction. Accordingly, it is

ORDERED that the motion for a preliminary injunction submitted by Plaintiff Joseph J. Dreismeier and filed with the Court on September 22, 2006, is denied.

DATED at Denver, Colorado, this 3 day of Oct., 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01696-BNB

Joseph J. Dreismeier
Prisoner No. 115975
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  10/4/06

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk